IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ERIC D. JOHNSON and TRACY ) | |
| JOHNSON ) | No. 14-24538 |
| ) | Chapter 13 (Joliet) |
| Debtors ) | Honorable Pamela S. Hollis |
| ) | |

## NOTICE OF DEFAULT

Notice of default of the May 4, 2018 Agreed Order is hereby given to Eric D. Johnson and Tracy Johnson and counsel for Debtors. Pursuant to the Agreed Order, Debtors were to pay $145.66 per month toward the arrearage on their post-petition assessment account with Creditor Wesglen Master Association and remain current on the accruing monthly assessments. The remaining unpaid balance should have been zero as of October 1, 2018. However, the actual balance on the post-petition account is $825.05. Therefore, Debtors are in default under the Agreed Order in the amount of $825.05.

Please consider this a notice of default pursuant to paragraph 4 of the Agreed Order. Please forward $825.05 by cashier's check or money order made payable to Wesglen Master Association to Keay & Costello, P.C., 128 South County Farm Road, Wheaton, Illinois 60187 no later than December 6, 2018. If the amount of $825.05 is not paid by December 6, 2018 to bring the Agreed Order's payment plan current, the automatic stay on collection shall be dissolved pursuant to paragraph 4 of the Agreed Order and Wesglen Master Association shall be entitled to pursue any and all remedies available to it for the collection of the post-petition arrearage.

1

WESGLEN MASTER ASSOCIATION

By: _____
One of its attorneys

ARDC: 6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, IL 60187
(630) 690-6446

2

## Account History Report
## Wesglen Master Association

**Eric Johnson**  00110-1665

Community Address: 256 W. Daisy Circle
Romeoville, IL 60446

Date Settled:
Unit Type: 01 - Unit Type 01

Mailing Address: 256 W. Daisy Circle
Romeoville, IL 60446

Last payment date: Wed Aug 29, 2018
Last payment amount: 492.00
Current balance: 825.05

| Trans Date | Transaction | Charges | Payments | Balance | Date Billed | Reference | Comments |
|---|---|---|---|---|---|---|---|
| 08/15/2017 | Opening Balance | | 0.00 | 0.00 | | | |
| 09/01/2017 | Monthly Assessment | 50.00 | | 50.00 | | Monthly Charges | Recurring Charges: 09/01/2017 |
| 09/15/2017 | Late Fee | 40.00 | | 90.00 | | Late Fee | Late Fee: 09/15/2017 |
| 10/01/2017 | Monthly Assessment | 50.00 | | 140.00 | | Monthly Charges | Recurring Charges: 10/01/2017 |
| 10/15/2017 | Late Fee | 40.00 | | 180.00 | | Late Fee | Late Fee: 10/15/2017 |
| 11/01/2017 | Monthly Assessment | 50.00 | | 230.00 | | Monthly Charges | Recurring Charges: 11/01/2017 |
| 11/15/2017 | Late Fee | 40.00 | | 270.00 | | Late Fee | Late Fee: 11/15/2017 |
| 12/01/2017 | Monthly Assessment | 50.00 | | 320.00 | | Monthly Charges | Recurring Charges: 12/01/2017 |
| 12/15/2017 | Late Fee | 40.00 | | 360.00 | | Late Fee | Late Fee: 12/15/2017 |
| 01/01/2018 | Monthly Assessment | 50.00 | | 410.00 | | Monthly Charges | Recurring Charges: 01/01/2018 |
| 01/15/2018 | Late Fee | 40.00 | | 450.00 | | Late Fee | Late Fee: 01/15/2018 |
| 01/15/2018 | Online Payment | | -60.00 | 390.00 | | py_1BkkUiEIIAyt1( | Online ACH Payment |
| 02/01/2018 | Monthly Assessment | 50.00 | | 440.00 | | Monthly Charges | Recurring Charges: 02/01/2018 |
| 02/15/2018 | Late Fee | 40.00 | | 480.00 | | Late Fee | Late Fee: 02/15/2018 |
| 03/01/2018 | Monthly Assessment | 50.00 | | 530.00 | | Monthly Charges | Recurring Charges: 03/01/2018 |
| 03/15/2018 | Late Fee | 40.00 | | 570.00 | | Late Fee | Late Fee: 03/15/2018 |
| 04/01/2018 | Monthly Assessment | 50.00 | | 620.00 | | Monthly Charges | Recurring Charges: 04/01/2018 |
| 04/02/2018 | Legal Fee | 781.00 | | 1,401.00 | | 85058 | Legal Fee |
| 04/15/2018 | Late Fee | 40.00 | | 1,441.00 | | Late Fee | Late Fee: 04/15/2018 |
| 05/01/2018 | Monthly Assessment | 50.00 | | 1,491.00 | | Monthly Charges | Recurring Charges: 05/01/2018 |
| 05/10/2018 | Legal Fee | 15.05 | | 1,506.05 | | 86409 | Legal Fee |
| 05/11/2018 | Check | | -51.00 | 1,455.05 | | 24850543184 | Keay & Costello |
| 05/11/2018 | Check | | -145.00 | 1,310.05 | | 24850543173 | Keay & Costello |
| 05/15/2018 | Late Fee | 40.00 | | 1,350.05 | | Late Fee | Late Fee: 05/15/2018 |
| 05/18/2018 | Check | | -437.00 | 913.05 | | 4100606 | KEAY & COSTELLO, P.C. |
| 06/01/2018 | Monthly Assessment | 50.00 | | 963.05 | | Monthly Charges | Recurring Charges: 06/01/2018 |
| 06/14/2018 | Check | | -145.00 | 818.05 | | 1453 | Keay & Costello |
| 06/14/2018 | Check | | -51.00 | 767.05 | | 1455 | Keay & Costello |
| 06/15/2018 | Late Fee | 40.00 | | 807.05 | | Late Fee | Late Fee: 06/15/2018 |
| 07/01/2018 | Monthly Assessment | 50.00 | | 857.05 | | Monthly Charges | Recurring Charges: 07/01/2018 |
| 07/15/2018 | Late Fee | 40.00 | | 897.05 | | Late Fee | Late Fee: 07/15/2018 |
| 07/27/2018 | Check | | -145.00 NSF | 752.05 | | 1466 | Keay & Costello |
| 07/27/2018 | Check | | -51.00 NSF | 701.05 | | 1467 | Keay & Costello |
| 08/01/2018 | Monthly Assessment | 50.00 | | 751.05 | | Monthly Charges | Recurring Charges: 08/01/2018 |
| 08/06/2018 | NSF Proc Fee - Mgmt | 50.00 | | 801.05 | | Return Item Fee | 7/27/18 NSF |
| 08/06/2018 | NSF Proc Fee - Mgmt | 50.00 | | 851.05 | | Return Item Fee | 7/27/18 NSF |
| 08/06/2018 | Returned Payment | 145.00 | | 996.05 | | Return CK#1466 | 7/27/18 NSF |
| 08/06/2018 | Returned Payment | 51.00 | | 1,047.05 | | Return CK#1467 | 7/27/18 NSF |
| 08/15/2018 | Late Fee | 40.00 | | 1,087.05 | | Late Fee | Late Fee: 08/15/2018 |
| 08/29/2018 | Check | | -296.00 | 791.05 | | 25278581608 | Keay & Costello |
| 08/29/2018 | Check | | -196.00 | 595.05 | | 25278581610 | Keay & Costello |
| 09/01/2018 | Monthly Assessment | 50.00 | | 645.05 | | Monthly Charges | Recurring Charges: 09/01/2018 |
| 09/15/2018 | Late Fee | 40.00 | | 685.05 | | Late Fee | Late Fee: 09/15/2018 |
| 10/01/2018 | Monthly Assessment | 50.00 | | 735.05 | | Monthly Charges | Recurring Charges: 10/01/2018 |
| 10/15/2018 | Late Fee | 40.00 | | 775.05 | | Late Fee | Late Fee: 10/15/2018 |
| 11/01/2018 | Monthly Assessment | 50.00 | | 825.05 | | Monthly Charges | Recurring Charges: 11/01/2018 |