## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ERIC D. JOHNSON and TRACY ) | |
| JOHNSON ) | No. 14-24538 |
| ) | Chapter 13 (Joliet) |
| Debtors ) | Honorable Pamela S. Hollis |
| ) | |

### NOTICE OF FILING

To:   See attached Service List.

**PLEASE TAKE NOTICE** that on this 15th day of November, 2018, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, WESGLEN MASTER ASSOCIATION'S NOTICE OF DEFAULT, a copy of which is attached hereto and served upon you herewith.

_____
Benjamin J. Rooney

### PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing and within by electronic mail to all those parties eligible to receive the same electronically and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to all the parties appearing above on the 15th day of November, 2018, with proper postage prepaid.

_____
Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
This 15th day of November, 2018.

_____
Notary Public

KATHERINE L. SMUCINSKI
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 22, 2019

#6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

## Service List

Eric D. Johnson
256 W. Daisy Circle
Romeoville, Illinois 60446

Tracy Johnson
256 W. Daisy Circle
Romeoville, Illinois 60446

Briana Czajka
Geraci Law L.L.C.
55 E. Monroe Street, Suite 3400
Chicago, Illinois 60603
(By electronic notice through ECF)

Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn St., Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)